Motion (21) is **GRANTED.**

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSUE ALEXANDER CEDENO REYES,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 3:26-cv-01743<br>Judge Crenshaw<br>Magistrate Judge Frensley |

**JOINT MOTION TO MODIFY THE COURT'S ORDER (D.E. 19)**

Respondent, by and through the United States Attorney for the Middle District of Tennessee and the undersigned Assistant United States Attorney, together with counsel for the Petitioner, jointly move to modify the Court's Order (D.E. 19) in this case to allow for the Petitioner to be released in Louisiana.

On November 20, 2026, this Court granted Petitioner's Writ of Habeas Corpus to the extent that it requested Petitioner's immediate release and ordered Respondent to transfer the Petitioner back to the Middle District of Tennessee by 12:00 noon CST on November 24, 2026. (D.E. 19.) Because Respondent is unable to transport the Petitioner back to the Middle District by the ordered day and time as stated in the Court's Order, the parties have conferred, and counsel for Petitioner consents to the Petitioner being released in Louisiana. The undersigned counsel has confirmed with the client Agency that the Petitioner can be released by 12:00 noon CST on Tuesday, November 24, 2026, if this Honorable Court's Order (D.E. 19) is modified to allow the Petitioner to be released in Louisiana.

Therefore, the parties jointly request that this Motion to Modify the Court's Order (D.E. 19) from November 20, 2026, be granted, to allow the Petitioner to be released in Louisiana on November 24, 2026. Further, Respondent will file a Status Report on or before November 24, 2026, to confirm compliance with this Court's Order.

Respectfully submitted,


BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

*s/ Toni-Ann M. Buono*
Toni-Ann M. Buono, BPR # 040020
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
toni-ann.buono@usdoj.gov

*Attorney for Respondent*

*s/ Michael C. Holley (with permission)*
Michael C. Holley
TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
mholley@holleylegal.com

*Counsel for Petitioner*